# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Washtenaw County Employees' Retirement
System

                                        Plaintiff,

v.                                                          Case No.: 1:15−cv−03187

                                                            Honorable Sharon Johnson
                                                            Coleman

Walgreen Co., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 30, 2016:

　　　MINUTE entry before the Honorable Sharon Johnson Coleman: The defendants'
motions to dismiss [55][57] are denied with respect to the alleged statements set forth in
paragraphs 157, 163, and 173 of the amended complaint, and granted as to all other
claims. Enter Memorandum Opinion and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.