## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Washtenaw County Employees' Retirement System

                Plaintiff,

v.                                Case No.: 1:15−cv−03187

                                 Honorable Sharon Johnson Coleman

Walgreen Co., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2017:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 1/30/2017. Defendants' motion to Reopen The Lead Plaintiff Appointment Process [89] is entered and continued. Parties shall simultaneously present an opinion of not more than 7pages as to why discovery should be bifurcated or not by 2/6/2017. Status hearing set for 2/27/2017 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.