UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>WALGREEN CO., et al.,<br><br>     Defendants. | Case No. 1:15-cv-3187<br><br>Honorable Sharon Johnson Coleman |

**JOINT STATUS REPORT**

Pursuant to this Court's March 11, 2022, Minute Entry (ECF No. 491), Lead Plaintiff Industriens Pensionsforsikring A/S ("Plaintiff"), and Defendants Walgreen Co. ("Walgreens"), Gregory D. Wasson ("Wasson"), and Wade D. Miquelon ("Miquelon") (collectively, "Defendants," and with Plaintiff, the "Parties") respectfully submit this Joint Status Report ("Report").

**1. Nature of the Case**

This is a certified securities class action (the "Action") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5, promulgated thereunder, 17 C.F.R. § 240.10b-5. Plaintiff seeks damages from all Defendants, jointly and severally, in an amount to be determined at trial.

This Action has been litigated through multiple complaints and motions to dismiss, class certification proceedings, and merits and expert discovery. Thereafter, Defendants filed a motion for summary judgment and Plaintiff filed a motion for partial summary judgment.

On November 2, 2021, the Court granted in part, and denied in part, Defendants' Motion for Summary Judgment, and denied Plaintiffs' Motion for Partial Summary Judgment. ECF

No. 483. Defendants moved for partial reconsideration of the Court's summary judgment order, and on March 2, 2022, the Court granted Defendants' motion. ECF No. 490. None of the Parties' experts intend to amend or supplement their opinions in response to these orders.

All counsel of record for Plaintiff, Walgreens, Wasson, and Miquelon are listed in the signature blocks below. The lead trial attorneys are James Barz, Andrew Zivitz, and Eli Greenstein (pursuant to Local Rule 83.12(b)) for Plaintiff, James W. Ducayet for Walgreens, Thomas B. Quinn for Wasson, and Laurence H. Levine for Miquelon.

**2.     Pending Motions**

As of the date of this Report, there are no pending motions or deadlines. Each side has put forward four experts and intends to file *Daubert* motions seeking to exclude, in whole or in part, certain of the other side's experts' opinions. The Parties have agreed to the following proposed briefing schedule and page limits for the *Daubert* motions, which they respectfully request the Court to approve:

| Motion | Date | Pages |
|---|---|---|
| Omnibus Opening *Daubert* Motions | May 12, 2022 | 30 |
| Omnibus Opposition Briefs | June 16, 2022 | 30 |
| Omnibus Reply Briefs | July 11, 2022 | 15 |

Defendants respectfully request an evidentiary hearing following the completion of *Daubert* briefing, on a date convenient to the Court. Plaintiff is amenable to a hearing if the Court deems it necessary following review of the Parties' *Daubert* briefing, but believes that scheduling such a hearing at this time is premature and recognizes that the Court does not typically hear oral argument or conduct other proceedings on such motions as a matter of course.

In addition, the Parties intend to file other pre-trial motions *in limine*, in accordance with a schedule to be set by the Court.

3. **Discovery**

All discovery is complete.

4. **Trial**

Plaintiff requests a trial by jury. The Parties currently are unable to estimate the probable length of trial, as the Court's rulings on forthcoming *Daubert* motions may alter the trial's scope and length.

5. **Consent to Proceed Before a Magistrate Judge**

The Parties do not consent to proceed before a Magistrate Judge.

6. **Status of Settlement Discussions**

On November 17, 2021, the Parties had an in-person mediation before the Honorable Layn R. Phillips, former United States District Judge of the United States District Court for the Western District of Oklahoma. Though the Parties did not reach resolution at this session, progress was made and discussions are ongoing.

7. **Other Matters**

On March 11, 2022, the Court set a status conference for March 25, 2022 at 10:45 a.m. Counsel for Defendants have immovable conflicts on that date and respectfully request that, if the Court would still like to hold a conference given the Parties' agreement on a *Daubert* briefing schedule, then the conference be adjourned to the morning of April 6 or 7. Plaintiff does not object to Defendants' request.

Dated: March 21, 2022                                  Respectfully submitted,

**SIDLEY AUSTIN LLP**                                  **KESSLER TOPAZ MELTZER**
                                                       **& CHECK LLP**

*/s/ John M. Skakun III*
James W. Ducayet (No. 6236997)                         */s/ Eli R. Greenstein*
Kristen R. Seeger (No. 6278416)                        Eli R. Greenstein (No. 90785879)
John M. Skakun III (No. 6297636)                       One Sansome Street, Suite 1850

3

Lawrence P. Fogel (No. 6305939)
Heather Benzmiller Sultanian (No. 6312340)
Caroline A. Wong (No. 6324863)
Kelsey Annu-Essuman (No. 6332412)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jducayet@sidley.com
kseeger@sidley.com
jskakun@sidley.com
lawrence.fogel@sidley.com
hsultanian@sidley.com
caroline.wong@sidley.com
kannuessuman@sidley.com

*Attorneys for Defendant Walgreen Co.*

**RILEY SAFER HOMES & CANCILLA LLP**

*/s/ Thomas B. Quinn*
Thomas B. Quinn (No. 3123575)
Amy C. Andrews (No. 6226692)
Eli J. Litoff (No. 6317940)
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison, Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
tquinn@rshc-law.com
aandrews@rshc-law.com
elitoff@rshc-law.com

*Attorneys for Defendant Gregory D. Wasson*


**WILSON SONSINI GOODRICH & ROSATI**

*/s/ Caz Hashemi*
Caz Hashemi (No. 6243082)
Jessica L. Snorgrass (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI

San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
egreenstein@ktmc.com

*and*

Andrew L. Zivitz (*Pro Hac Vice*)
Johnston de F. Whitman, Jr. (*Pro Hac Vice*)
David A. Bocian (*Pro Hac Vice*)
Michelle M. Newcomer (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jwhitman@ktmc.com
dbocian@ktmc.com
mnewcomer@ktmc.com

*Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**

James E. Barz (IL Bar #6255605)
Frank A. Richter (IL Bar #631001)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Facsimile: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

*Liaison Counsel for the Class*

4

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
chashemi@wsgr.com
jsnorgrass@wsgr.com

Laurence H. Levine (No. 1638459)
LAURENCE H. LEVINE LAW OFFICES
189 East Lake Shore Drive
16th Floor
Chicago, IL 60611
Telephone: (312) 291-7000
Facsimile: (312) 291-7015
laurence.levine@lhlevine.com

*Attorneys for Defendant Wade D. Miquelon*