UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>WALGREEN CO. et al.,<br><br>             Defendants. | Civil Action No. 1:15-cv-3187<br><br>Honorable Sharon Johnson Coleman |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF**

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, Court-appointed Lead Plaintiff and Class Representative, Industriens Pensionsforsikring A/S ("Class Representative"), respectfully moves this Court for leave to file the accompanying oversized brief regarding Class Representative's Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of Settlement ("Preliminary Approval Motion"). In support of this motion, Class Representative states as follows:

1. After more than seven years of litigation, the parties to this action have agreed to a settlement for which Class Representative is filing an unopposed motion seeking the Court's preliminary approval pursuant to Rule 23 of the Federal Rules of Civil Procedure (the "Motion").

2. To adequately and completely address all of the issues relevant to the Court's determination of whether to grant the Motion, Class Representative respectfully requests leave to file the accompanying twenty-one page Memorandum of Law in Support of Class

Representative's Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of Settlement (the "Memorandum of Law").

3. Class Representative respectfully submits that the additional pages for the Memorandum of Law beyond the limit allowed by Local Rule 7.1 are warranted to sufficiently describe the events that occurred during this seven-year litigation and discuss the factors supporting preliminary approval of the settlement, which will assist the Court in considering the Motion.

4. Counsel for Class Representative has conferred with Counsel for all Defendants and all Defendants have consented to the requested extension of the page limit for Class Representative's Memorandum of Law.

WHEREFORE, Class Representative respectfully requests that this Court enter the accompanying proposed Order permitting Class Representative's twenty-one page Memorandum of Law.

Dated: June 23, 2022 　　　　　　　　　　　Respectfully Submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

/s/ Andrew L. Zivitz
Andrew L. Zivitz (*Pro Hac Vice*)
Johnston de F. Whitman (*Pro Hac Vice*)
David A. Bocian (*Pro Hac Vice*)
Michelle M. Newcomer (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jwhitman@ktmc.com
dbocian@ktmc.com
mnewcomer@ktmc.com

*Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**

James E. Barz (No. 6255605)
Frank A. Richter (No. 631001)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Facsimile: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

*Liaison Counsel for the Class*