UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. et al.,<br><br>Defendants. | Civil Action No. 1:15-cv-3187<br><br>Honorable Sharon Johnson Coleman |

**CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT**

Court-appointed Class Representative Industriens Pensionsforsikring A/S, by and through its undersigned counsel, respectfully moves this Court for entry of an Order: (i) granting preliminary approval of the proposed class action settlement of the above-captioned action on the terms set forth in the Stipulation and Agreement of Settlement dated June 23, 2022 ("Stipulation" or "Settlement");[1] (ii) approving the form and manner of providing notice of the Settlement to Class Members; (iii) denying a second exclusion opportunity for Class Members; and (iv) setting a hearing date for final approval of the Settlement no earlier than 100 days from the filing of this Motion and the Settlement with the Court, *see* 28 U.S.C. § 1715(d); as well as a schedule for various events and deadlines in connection with the Settlement.

This Motion is based upon the Stipulation, the accompanying Memorandum of Law; and all other papers and proceedings herein. The [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is attached as Exhibit A to the Stipulation.

Pursuant to the terms of the Stipulation, this Motion is unopposed by Defendants.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

1

Dated: June 23, 2022

Respectfully submitted,

**KESSLER TOPAZ
   MELTZER & CHECK, LLP**

By: */s/ Andrew L. Zivitz*
Andrew L. Zivitz (*Pro Hac Vice*)
Johnston de F. Whitman (*Pro Hac Vice*)
David A. Bocian (*Pro Hac Vice*)
Michelle M. Newcomer (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
azivitz@ktmc.com
jwhitman@ktmc.com
dbocian@ktmc.com
mnewcomer@ktmc.com

*Class Counsel for the Class*

**ROBBINS GELLER RUDMAN
   & DOWD LLP**
James E. Barz (No. 6255605)
Frank A. Richter (No. 631001)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Facsimile: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

*Liaison Counsel for the Class*